# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00757-CV

### In re Natural Fruit Corporation

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relator Natural Fruit Corporation has notified this Court that the real parties in interest have filed for bankruptcy protection (United States Bankruptcy Court, W.D. Texas, Case No. 16-11384). *See* Tex. R. App. P. 8.1. Accordingly, this proceeding is stayed. *See* 11 U.S.C. § 362; Tex. R. App. P. 8.2. Any party may file a motion to reinstate the proceeding if permitted by federal law or the bankruptcy court. *See* Tex. R. App. P. 8.3(a). It is the parties' responsibility to notify the Court as soon as possible after an event occurs that would allow reinstatement. *Id.* Failure to notify this Court of a lift of the automatic stay or the conclusion of the bankruptcy proceeding will result in the dismissal of the case for want of prosecution. *See id.* R. 42.3(b).

Before Justices Puryear, Pemberton, and Field

Bankruptcy

Filed: December 7, 2016